Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*Albertson's LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH HANSON, individually, and STEVEN HANSON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTSON'S, LLC, a foreign limited-liability company; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:17-cv-03110-GMN-VCF |

## STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

Plaintiffs ELIZABETH HANSON and STEVEN HANSON, by and through their counsel Cory J. Hilton, Esq. and Joseph R. Smith, Esq. of the LAW OFFICES OF CORY J. HILTON, and Defendant ALBERTSON'S LLC, by and through its counsel Jack P. Burden, Esq. of the law firm BACKUS, CARRANZA & BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiffs and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not

1

for the purpose of delay.

DATED: 12-7-18, 2018    DATED: December 6, 2018, 2018

**BACKUS, CARRANZA & BURDEN**    **LAW OFFICES OF CORY J. HILTON**

_____    _____
JACK P. BURDEN, ESQ.    CORY J. HILTON, ESQ.
3050 South Durango Drive    JOSEPH R. SMITH, ESQ.
Las Vegas, Nevada 89117    5545 S. Mountain Vista Street #F
(702) 872-5555    Las Vegas, NV 89120
(702) 872-5545    T: 702.384.8000
jburden@backuslaw.com    F: 702.384.8200
*Attorneys for Defendant*    jrs@hiltonesqlaw.com
*Albertson's LLC*    *Attorney for Plaintiffs*
    *Elizabeth Hanson and Steven Hanson*

### ORDER re 2:17-cv-03110-GMN-VCF

**IT IS SO ORDERED.**

Dated this __7__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted,
**BACKUS, CARRANZA & BURDEN**

By: _____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
*Albertson's LLC*